KEVIN ROCKOFF (SBN 260981)
LAW OFFICES OF KEVIN ROCKOFF
120 Tustin Ave, Suite C, #135
Newport Beach, CA 92663
(949) 329-8259

Attorneys for Plaintiff,
*STEVE ROSENE*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
(Southern Division)

| | |
|---|---|
| STEVE ROSENE, individual,<br>Plaintiff,<br>vs.<br>CENTURY SUPPORT SERVICES LLC, a Pennsylvania Limited Liability Company.<br>Defendants. | CASE NO.: 5:24-CV-02003-SPG (JDEx)<br><br>STIPULATION OF DISMISSALWITH PREJUDICE, AND [PROPOSED] ORDER. |

PURSUANT TO RULE 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff STEVE ROSENE ("Plaintiff") and CENTURY SUPPORT SERVICES LLC ("Defendant") (Collectively, the "Parties") have settled this matter via confidential mutual settlement agreement and hereby stipulate to the dismissal of this action as follows:

1. The action is dismissed with prejudice.
2. Each party shall bear its own costs, expenses and attorneys' fees unless otherwise agreed.

WHEREFORE, the Parties respectfully request that this Court enter an order dismissing this case accordingly.

///
///
///

Submitted Jointly by:

**LAW OFFICES OF KEVIN A. ROCKOFF**

Dated: December 19, 2024

s/ *Kevin A. Rockoff*
Kevin A. Rockoff
Attorneys for Plaintiff,
*STEVE ROSENE*

**Greenspoon Marder LLP**

Dated: December 19, 2024

*s/ Kory Ann Ferro*
Kory Ann Ferro
*Pro Hac Vice*
Attorneys for Defendant,
*CENTURY SUPPORT SERVICES LLC*

## ATTESTATION AND CERTIFICATE OF SERVICE

I, Kevin A. Rockoff, am the ECF user whose identification and password are being used to file **STIPULATION OF DISMISSALWITH PREJUDICE, AND [PROPOSED] ORDER.** Pursuant to Civil Local Rule IC 5-1(d), I hereby attest that all counsel whose electronic signatures provided their authority and concurrence to file this document.

**Law Offices of Kevin A. Rockoff**

Dated: December 19, 2024

*s/ Kevin A. Rockoff*
Kevin A. Rockoff