KEVIN ROCKOFF (SBN 260981)
LAW OFFICES OF KEVIN ROCKOFF
120 Tustin Ave, Suite C, #135
Newport Beach, CA 92663
(949) 329-8259

Attorneys for Plaintiff,
*STEVE ROSENE*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
(Southern Division)

| | |
|---|---|
| STEVE ROSENE, individual,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY SUPPORT SERVICES LLC, a Pennsylvania Limited Liability Company.<br><br>Defendants. | CASE NO.: 5:24-CV-02003-SPG (JDEx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL. |

**[PROPOSED] ORDER**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and upon consideration of Plaintiff's motion for Voluntary Dismissal, having considered the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED THAT:

1. This case is dismissed with prejudice.
2. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: ______________________________

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE